BISCAYNE TRUST COMPANY, *et al.,* v. GEORGE T. O'FERRELL.

152 So. 621.

Decision Filed January 27, 1934.

*Mitchell D. Price* and *Charles W. Zaring,* for Appellants; *Vincent C. Giblin* and *George F. O'Farrell,* for Appellee.

PER CURIAM.—In this case a majority of the Court are of the opinion that the order appealed from falls within the purview of Therrell v. Howland, 108 Fla. 299, 146 Sou. Rep. 203 (6th headnote), and that, therefore, it should be reversed and remanded on authority of the opinion in that case.

Reversed and remanded.

DAVIS, C. J., and WHITFIELD, TERRELL and BUFORD, J. J., concur.

BROWN, J., disqualified.